No. 71–6405.  Broz v. Tennessee.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 71–913.  Seaboard Shipping Corp. v. Moran Inland Waterways Corp. et al.; and

No. 71–981.  Moran Inland Waterways Corp. et al. v. Seaboard Shipping Corp.  C. A. 2d Cir.  Certiorari denied.  Mr. Justice Brennan, Mr. Justice Stewart, and Mr. Justice White are of the opinion that certiorari should be granted.  Reported below: 449 F. 2d 132.

No. 71–1267.  Coenen v. R. W. Pressprich & Co. C. A. 2d Cir.  Certiorari denied.  Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–5930.  Ross v. South Carolina et al.  C. A. 4th Cir.  Certiorari denied.  Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–5962.  Gellers v. Maine.  Sup. Jud. Ct. Me. Certiorari denied.  Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–6070.  Lofton v. Wyoming.  Sup. Ct. Wyo. Certiorari denied.  Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–6398.  Lucas v. Texas.  C. A. 5th Cir.  Certiorari denied.  Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–6399.  Cota v. Eyman, Warden.  C. A. 9th Cir.  Certiorari denied.  Mr. Justice Douglas is of the opinion that certiorari should be granted.